

Kurt M. Rylander, OSB No. 94427
rylander@rylanderlaw.com
Mark E. Beatty, OSB No. 092603
beatty@rylanderlaw.com
RYLANDER & ASSOCIATES PC
406 West 12th Street
Vancouver, WA  98660
Tel: 360.750.9931
Fax: 360.397.0473
Attorneys for Plaintiff

FILED'10 DEC 08 15:44USDC-ORP

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| METABOLIC MAINTENANCE PRODUCTS, INC., an Oregon Corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>BLISTEX, INC., an Illinois corporation,<br><br>Defendant(s). | CV'10 - 1504 BR  No. -<br><br>CORPORATE DISCLOSURE STATEMENT<br>(Fed R. Civ. Pro. 7.1) |

COMES NOW Plaintiff, METABOLIC MAINTENANCE PRODUCTS, INC. pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states: no parent corporation or publicly held corporation owns any stock or interest in METABOLIC MAINTENANCE PRODUCTS, INC.

DATED This 12/8/2010

KURT M. RYLANDER, OSB 94427
MARK E. BEATTY, OSB 092603

RYLANDER & ASSOCIATES PC
406 West 12th Street
Vancouver, WA 98660

1— CORPORATE DISCLOSURE STATEMENT
12/7/2010 4:10:26 PM METM.001

```
 1
 2
 3                                          Tel: (360) 750-9931
                                            Fax: (360) 397-0473
 4                                          E-mail: rylander@pacifier.com
                                            Of Attorneys for Plaintiffs
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
```

2— CORPORATE DISCLOSURE STATEMENT
12/7/2010 4:10:28 PM METM.001

