Kurt M. Rylander, OSB No. 94427
rylander@rylanderlaw.com
Mark E. Beatty, OSB No. 092603
beatty@rylanderlaw.com
RYLANDER & ASSOCIATES PC
406 West 12th Street
Vancouver, WA 98660
Tel: 360.750.9931
Fax: 360.397.0473
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| METABOLIC MAINTENANCE PRODUCTS, INC., an Oregon Corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>BLISTEX, INC., an Illinois corporation,<br><br>Defendant(s). | Civil Action No. 3:10-cv-1504-BR<br><br>STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Metabolic Maintenance Products, Inc. and Defendant Blistex Inc. hereby stipulate to voluntary dismissal of

/////

/////

this action with prejudice, including all claims asserted in the Complaint and counterclaims asserted therein. Each of the parties hereto shall bear its own costs, attorneys' fees, and all other expenses incurred in connection with this action.

DATED: June 13, 2011

AGREED AND STIPULATED TO:

/s/ Kurt M. Rylander

Kurt M. Rylander, OSB No. 94427
RYLANDER & ASSOCIATES PC
406 West 12th Street
Vancouver, WA 98660
Telephone:   360-750-9931
Attorneys for Plaintiff
Metabolic Maintenance Products, Inc.

Burton S. Ehrlich, *pro hac vice*
LADAS & PARRY LLP
224 S. Michigan Avenue, Suite 1600
Chicago, IL 60604
Telephone: (312) 427-1300
Attorneys for Defendant Blistex Inc.

IT IS SO ORDERED:

DATED: June 15, 2011

_____
Hon. Anna J. Brown
United States Magistrate Judge

Page 2   -   STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE